**TON**

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. §1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## I.   CAPTION

Jose Luis Torres
(Enter the full name of the plaintiff or plaintiffs)

v.

Allentown Police Department,
Lehigh County Drug Task Force,
Allentown Vice Unit   (see attachment)
(Enter the full name of the defendant or defendants)

13   3066

## II.   PARTIES

a.   Plaintiff
   Full name: Jose Luis Torres

   Prison Identification number: 32333

   Place of present confinement: Lehigh County Prison

   Address: 38 N. 4th St., Allentown, Pa 18102-3489

   Place of confinement at time of incidents or conditions alleged in complaint, including address:

   N/A

   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b.   Defendants: (list only those defendants named in the caption of the complaint, section I)

   1.   Full name including title: Detective Matt Karnish
        Place of employment and section or unit: Allentown Police Dept., 425 Hamilton St., Allentown, Pa 18101

   2.   Full name including title: Detective Stephen J. Milkovitz, III
        Place of employment and section or unit: Allentown Police Dept., 425 Hamilton St., Allentown, Pa 18101

   3.   Full name including title: Detective Kevin Mriss
        Place of employment and section or unit: Allentown Police Dept., 425 Hamilton St., Allentown, Pa 18101

   4.   Full name including title: Detective Kyle Hough, Allentown, Pa 18101
        Place of employment and section or unit: Allentown Police Dept., 425 Hamilton St.

   Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

I. <u>Caption Continued</u>

Jose Luis Torres

V.

Detective Matt Karnish
Detective J. Milkovitz, III
Detective Kevin Mriss
Detective Kyle Hough
Detective _____ Lake
Detective Raymond Sannie
Detective _____ Frey
Detective Mark Boyer
Detective/Officer Chad Moyer
Detective _____ Fey
Detective William Faulkner
Other Unknown Police Officers (will amend as soon as known through discovery)

II. <u>Parties Continued</u> (Section b)

5. Detective _____ Lake
   Allentown Police Dept.
   425 Hamilton St.
   Allentown, Pa 18101

6. Detective Raymond Sannie
   Allentown Police Dept.
   425 Hamilton St.
   Allentown, Pa 18101

7. Detective _____ Frey
   Allentown Police Dept.
   425 Hamilton St.
   Allentown, Pa 18101

8. Detective Mark Boyer
   Allentown Police Dept.
   425 Hamilton St.
   Allentown, Pa 18101

9. Detective/Officer Chad Moyer
   Allentown, Police Dept.
   425 Hamilton St.
   Allentown, Pa 18101

10. Detective _____ Fey
    Allentown Police Dept
    425 Hamilton St.
    Allentown, Pa 18101

11. Detective William Faulkner
    Allentown Police Dept.
    425 Hamilton St.
    Allentown, Pa 18101

12. Other Unknown Police Officers
    Allentown Police Dept.
    425 Hamilton St.
    Allentown, Pa 18101

### III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

Plaintiffs: **Jose Luis Torres**

Defendants: **Allentown Police Dept/Officer Scott Derr**

Issues: **Excessive Force**

Court: if federal, which district? **Eastern District of Pennsylvania**

if state, which county? _____

Docket number: **unrecalled**   Date filed: **1995-1996**

Name of presiding judge: **unrecalled**

Disposition: (check correct answer(s)); Date: **unrecalled**

Dismissed ✓ Reason? **I failed to respond on time to a court notice**

Judgment ___ In whose favor? _____

Pending ___ Current status? _____

Other ___ Explain _____

Appeal filed? ___ Current status? _____

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

### IV. ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

3

a. Describe the administrative procedures available to resolve the issues raised in this complaint: N/A

   *Type of procedure. (grievance, disciplinary review, etc.)*
   _____

   *Authority for procedure. (DC-ADM, inmate handbook, etc.)*
   _____

   *Formal or informal procedure.* _____

   *Who conducts the initial review?* _____
   _____

   *What additional review and appeals are available?* _____
   _____
   _____

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint: N/A

   *On what date did you request initial review?* _____

   *What action did you ask prison authorities to take?* _____
   _____

   *What response did you receive to your request?* _____
   _____

   *What further review did you seek and on what dates did you file the requests?* _____
   _____

   *What responses did you receive to your requests for further review?*
   _____
   _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why. N/A
   _____
   _____

4

V.   STATEMENT OF CLAIM (Part 1)

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

On June 3, 2011, the above named defendants, and others unknown at this time, participated jointly in a police surveillance operation where I was the target. At approximately 4:00 pm, as I was driving down a small alley, in the, or near, the 800 block of Hickory St., Allentown, Pa., an unidentified police officer, one of the above named defendants, wearing plain clothes, jumped out in front of the vehicle I was operating, brandishing a firearm. Not knowing who he was, and fearing for my life, and that of my passenger, I reversed, crashing accidently into an unseen civilian minivan that had sneaked up behind me. Apparently, the vehicle behind me was being operated by one or more of the above defendants, (see attachment)

VI.   RELIEF

*Instruction: Briefly state exactly what you want the Court to do for you.*

Relief sought:

I seek the maximum amount allowed by law in damages. I do not know what all the different types of damages are, but punitive damages, and damages for emotional distress would be some of them.

VII.   DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

5-22-13
DATE

Jose L. Torres
SIGNATURE OF PLAINTIFF(S)

5

V. <u>Statement of Claim Continued</u> (Part 2)

As I stepped out of my vehicle, still unaware of the police presence, I was immediately attacked by a great number of the defendants. I was being punched all about my face and head area, as I was thrown face down to the ground. I immediately attempted to shield the blows coming at me, by placing my arms up around my face and head. The group of attackers proceeded continuing to punch, and now kick me in the face and head. One of them said "This is for fucking with the cops," that's when I realized I was being attacked by the police, and not a group of thugs. One of the blows wounded me deeply in the left side of my head. The police continued to punch and kick me, even while I was now bleeding profusely. The blows continued to land on, and around my wound. I started to grunt in pain. One of them mocked my cries. Moments later, they stopped, and handcuffed me. As I was picked up off the ground, and led to a police car, I saw a great crowd of civilian onlookers. When I arrived at police

V. <u>Statement of Claim Continued</u> (Part 3)

headquarters, I immediately informed the officers there, that I had been assaulted by the arresting officers. I was taken to the hospital where I received stitches. My face was bruised. Upon returning to headquarters, I continued to complain of the assault. I was taken to a room, and my injured head/face was photographed. Some time after, Detective Kevin Mriss, accompanied by a Berks County State Trooper I know named Mike Weigsheider, approached my cell. Mr. Weigsheider asked me how I was doing. I informed him of the police assault. I was unaware at this time that Detective Kevin Mriss was present when I was assaulted. All of the above named defendants, and other unknowns, were present at the scene, of the assault, and they either participated in it, or just stood by, watched, and did nothing to stop this abuse, and crime. Reports were fabricated by Detectives/officers Milkovitz, Karnish, Moyer, and others, creating a false resistance of arrest, to cover up their crime. I never threw a single elbow, or kick, as these false reports claim. In either event, the force used outweighs what resistance they claim was put up.